IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,       ) | |
| )  | |
|     Plaintiff,       ) | **AMENDED ORDER GRANTING** |
| )  | **MOTION FOR RELEASE** |
| vs.       ) | |
| )  | |
| Kenneth Lee Hall,       ) | Case No. 1:17-cr-053 |
| )  | |
|     Defendant.       ) | |

On November 18, 2024, the Court continued Defendant's revocation hearing to afford him an opportunity to participate in an inpatient treatment program at the Prairie Recovery Center. That same day Defendant filed a Motion for Release from Custody. (Doc. No. 63). He requests to be conditionally released to the Prairie Recovery Center on November 21, 2024.

The court **GRANTS** Defendant's motion (Doc. No. 63). Defendant shall be released to the a representative of Good Road Recovery Center at 10:00 AM on November 21, 2024, for immediate transport to the Prairie Recovery Center. In addition to his existing conditions of supervised release, Defendant's release shall be subject to the following conditions:

(1) Defendant shall reside at the Prairie Recovery Center, fully participate in its treatment programming, and comply with all of its rules and regulations.

(2) Defendant must sign all release forms to allow the Probation Officer to obtain information from the Prairie Recovery Center OR to communicate with Prairie Recovery Center staff about the Defendant's progress there.

Any passes allowed by the Prairie Recovery Center must be approved by the Probation Officer.

If for any reason Defendant is terminated from the treatment program, Defendant must immediately surrender to the custody of the United States Marshal.

At least 96 hours prior to anticipated completion of the treatment program, Defendant must advise the Probation Officer of his anticipated completion date so the court may schedule a hearing to review his release status.

If Defendant cannot be transported to Prairie Recovery Center as anticipated on November 21, 2024, he shall remain in custody pending further order.

**IT IS SO ORDERED.**

Dated this 19th day of November, 2024.

<u>/s/ Clare R. Hochhalter</u>
Clare R. Hochhalter, Magistrate Judge
United States District Court